# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANN FELLOWS, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BARCLAY'S BANK )<br>)<br>)<br>Defendant. ) | Case No. 1:15-cv-00314-BR |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, ANN FELLOWS ("Plaintiff"), and Defendant, BARCLAY'S BANK ("Defendant"), through their counsel, stipulate that the dispute between the parties has been resolved, and the parties agree to dismiss this case, with prejudice, both sides to bear their own fees and costs. Therefore, the parties respectfully request this Honorable Court dismiss this case, with prejudice, both sides to bear their own fees and costs.

Dated: October 27, 2016                     Respectfully Submitted,

By: /s/ Adam T. Hill
Adam T. Hill, Esq.
ahill@consumerlawcenter.com
KROHN & MOSS, LTD.
10 N. Dearborn Street, 3rd Floor
Chicago, IL 60602
T: (312) 578-9428 ext 242
F: (866) 861-1390

ATTORNEY FOR PLAINTIFF

Dated: October 27, 2016	Respectfully Submitted,

By: <u>with consent</u>
M. Patrick Yingling
Reed Smith LLP
10 South Wacker Dr., 40th Floor
Chicago, IL 60606
312-207-2834
Fax: 312-207-6400
mpyingling@reedsmith.com

ATTORNEY FOR DEFENDANT

**<u>CERTIFICATE OF SERVICE</u>**

2
STIPULATION OF DISMISSAL

I hereby certify that on September 8, 2016, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Stipulation was submitted to all parties by way of the Court's CM/ECF System

/s/ Adam T. Hill
Adam T. Hill
Attorney for Plaintiff
