**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANN FELLOWS,           )<br>                               )<br>                               )<br>       Plaintiff,          )<br>                               )<br>       v.                    )     Case No. 1:15-cv-00314-BR<br>                               )<br>BARCLAY'S BANK   )<br>                               )<br>                               )<br>       Defendant.       )   | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, ANN FELLOWS ("Plaintiff"), and Defendant, BARCLAY'S BANK ("Defendant"), through their counsel, stipulate that the dispute between the parties has been resolved, and the parties agree to dismiss this case, with prejudice, both sides to bear their own fees and costs.  Therefore, the parties respectfully request this Honorable Court dismiss this case, with prejudice, both sides to bear their own fees and costs.

Dated: October 27, 2016            Respectfully Submitted,

                                                  By: /s/ Adam T. Hill
                                                  Adam T. Hill, Esq.
                                                  ahill@consumerlawcenter.com
                                                  KROHN & MOSS, LTD.
                                                  10 N. Dearborn Street, 3rd Floor
                                                  Chicago, IL 60602
                                                  T: (312) 578-9428 ext 242
                                                  F: (866) 861-1390

                                                  ATTORNEY FOR PLAINTIFF

Dated: October 27, 2016                     Respectfully Submitted,

By: with consent
M. Patrick Yingling
Reed Smith LLP
10 South Wacker Dr., 40th Floor
Chicago, IL 60606
312-207-2834
Fax: 312-207-6400
mpyingling@reedsmith.com

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2016, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Stipulation was submitted to all parties by way of the Court's CM/ECF System

/s/ Adam T. Hill
Adam T. Hill
Attorney for Plaintiff
